# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

CAMERON JAMES WILSON,

    Plaintiff,

v.　　　　　　　　　　　　　　　Case No. 3:24-CV-2033-JR

CITY OF HOOD RIVER, et al.,

    Defendants.

# PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION
# OF TIME TO FILE OBJECTIONS

Cameron James Wilson

Pro Se Plaintiff

c/o Harborview Medical Center

325 9th Ave

Seattle, Washington 98104

Plaintiff Cameron James Wilson, proceeding *propria persona*, respectfully moves for a forty-five (45) day extension of time, to and including May 11, 2026, to file his Objections to the Magistrate Judge's Findings and Recommendation (ECF No. 52). This motion is necessitated by a sudden, severe, and incapacitating medical emergency that renders compliance with the current March 27, 2026 deadline a physical and medical impossibility. The facts herein are attested to in the attached Declaration of Cameron James Wilson, submitted herewith as Exhibit A.

# I. GROUNDS FOR EXTENSION

1. **Timeline of Emergency:** The F&R was issued on March 13, 2026. A mere three days later, on March 16, 2026, Plaintiff was involved in a grievous motorcycle accident that required his emergent evacuation by air ambulance ("care-flight") to Harborview Medical Center (UW Medicine) in Seattle, a Level I Trauma Center.

2. **Incapacitating Injuries:** Plaintiff sustained severe bodily injuries, including a shattered shoulder and multiple broken bones. He remains hospitalized and is scheduled to undergo major reconstructive surgery on or about March 23, 2026, four days before the objections deadline.

3. **Impossibility of Performance:** The timeline of this medical crisis has completely consumed the time allotted for Plaintiff to prepare his Objections. He has been and will be hospitalized, undergoing preoperative care, enduring major surgery, and beginning a lengthy and arduous post-operative recovery. It is impossible for Plaintiff to perform the complex legal analysis and writing required under these circumstances.

# II. ARGUMENT

Federal Rule of Civil Procedure 6(b)(1)(A) permits an extension for "good cause." The Ninth Circuit mandates a liberal construction of this rule to ensure cases are tried on the merits, holding

that denying a timely extension absent bad faith or prejudice is an abuse of discretion. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

Good cause is manifest. A pro se litigant, care-flighted to a trauma center with a shattered shoulder and facing major surgery, cannot be expected to file complex legal objections. To deny this request would punish Plaintiff for a catastrophic event beyond his control and would be tantamount to a denial of his right to be heard. *See Mathews v. Eldridge*, 424 U.S. 319, 333 (1976). Plaintiff is not acting in bad faith, and Defendants will suffer no prejudice from a reasonable sixty-day extension.

Given Plaintiff's pro se status, this Court's liberal construction of his filings is required. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). The interests of justice demand that this case be decided on the merits, not on a procedural default caused by a medical catastrophe.

## III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant his Emergency Motion and extend the deadline to file his Objections to May 11, 2026, or, in the alternative, for sixty (60) days to May 26, 2026, if the Court deems such a period more appropriate given the circumstances.

Respectfully submitted,


/s/ Cameron James Wilson

Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

CAMERON JAMES WILSON,

    Plaintiff,

v.                                                    Case No.  3:24-CV-2033-JR

CITY OF HOOD RIVER, et al.,

    Defendants.

# [PROPOSED] ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiff's Emergency Motion for Extension of Time, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiff shall have until **May 11, 2026**, to file his Objections to the Findings and Recommendation (ECF No. 52).

IT IS SO ORDERED.

_____

THE HONORABLE ADRIENNE NELSON

United States District Judge