Kenneth S. Montoya, OSB #064467
*kenny@montoyalaw.org*
Keegan C. Murphy
*keegan@montoyalaw.org*
Montoya Law
350 Mission St. SE, Suite 202
Salem, OR 97302
   Telephone: (503) 990-8436
   Fax: (503) 878-8598
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAMERON WILSON, | Case No. 3:24-cv-2033-JR |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** |
| CITY OF HOOD RIVER, a municipal corporation; OFFICER EMELIKE DELANCY, in his individual capacity; OFFICER AUSTIN GRIFFIN, in his individual capacity; OFFICER RYAN JUNDT, in his individual capacity, | |
| Defendants. | |

**LR 7-1 CERTIFICATION**

Counsel for Defendants City of Hood River, Sergeant Emelike Delancy, Officer Austin Griffin, and Officer Ryan Jundt ("Defendants") certifies that the parties made a good faith effort to confer about this motion and resolve the disputes therein but were unable to do so without the Court's involvement. Plaintiff opposes this motion.

Page 1 – **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**

**MOTION**

Pursuant to District of Oregon Local Rule 7-2, Defendants move this Court for an order striking Plaintiff Cameron Wilson's ("Plaintiff") Objections to Findings and Recommendation and attached supplemental memorandum (ECF Nos. 57 and 57-1) because, in addition to having been filed late, they considerably exceed the page limit for objections imposed by local rule. Under District of Oregon Local Rule 7-2, "memoranda (including objections to a Findings and Recommendation of a Magistrate Judge and responses to such objections) may not exceed 11,000 words, or in the alternative, 35 pages." Here, Plaintiff submitted two sets of briefing articulating his objections—one 45-page document entitled Plaintiff's Objections to Magistrate Judge's Findings and Recommendation (ECF No. 57) and another 21-page document entitled "Plaintiff's Supplemental Memorandum of Law in Support of Objections to Findings and Recommendations" (ECF No. 57-1). In total, Plaintiff's filings amount to 66 pages of briefing and argument, which is nearly double the permitted limit. For that reason, striking Plaintiff's objections is appropriate.

During conferral on this motion, Plaintiff indicated that he intended to file a motion retroactively seeking leave of court to file a motion in excess of the page limit. If this Court is inclined to grant that motion, then Defendants would respectfully request leave for their own response to exceed the page limit and an additional 21 days to respond to Plaintiff's motion beyond the usual 14-day period—a due date of June 16, 2026. This would be necessary to allow Defendants the time and page length necessary to thoroughly address and respond to each of Plaintiff's arguments.

Page 2 – **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**

DATED this 14th Day of May, 2026.

Keegan C. Murphy, OSB #194264
Kenneth S. Montoya, OSB #064467
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **DEFENDANTS' MOTION TO STRIKE**

**PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS** on:

> Cameron Wilson
> 1312 South 44th Avenue
> Yakima, Washington 98908
>     Pro Se

by the following indicated method or methods:

☒　　　by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

　　　by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

　　　by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 14th day of May, 2026.

Keegan C. Murphy, OSB #194264
Kenneth S. Montoya, OSB #064467
Attorneys for Defendants

CERTIFICATE OF SERVICE