IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CAMERON WILSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>CITY OF HOOD RIVER, a municipal corporation; OFFICER EMELIKE DELANCY, in his individual capacity; OFFICER AUSTIN GRIFFIN, in his individual capacity; and OFFICER RYAN JUNDT, in his individual capacity,<br><br>　　　　Defendants. | Case No.: 3:24-cv-02033-JR<br><br><br>JUDGMENT |

Based on this Court's ORDER,

It is adjudged that this case is DISMISSED.


IT IS SO ORDERED.


DATED this 5th day of August, 2026.

_____
Adrienne Nelson
United States District Judge

1