Filed on 10/13/2026

Cameron James Wilson
1312 South 44th Avenue
Yakima, Washington 98908
Telephone: 503-496-9239
Email: cam@piitp.com
Plaintiff, pro se

54USDC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAMERON JAMES WILSON,<br>Plaintiff,<br><br>v.<br><br>CITY OF HOOD RIVER, a municipal corporation; OFFICER EMELIKE DELANCY, in his individual capacity; OFFICER AUSTIN GRIFFIN, in his individual capacity; and OFFICER RYAN JUNDT, in his individual capacity,<br><br>Defendants. | Case No. 3:24-cv-02033-JR<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>Appeal to the United States Court of Appeals for the Ninth Circuit |

NOTICE IS HEREBY GIVEN that Plaintiff Cameron James Wilson, proceeding pro se, appeals to the United States Court of Appeals for the Ninth Circuit from:

1. the Judgment dated and filed August 5, 2026 (ECF No. 71), dismissing this action; and
2. the Order entered September 14, 2026 (ECF No. 77), denying Plaintiff's Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 59(e) (ECF No. 73).



# 118585

This appeal encompasses the final Judgment and every order that merges into it, including the Order dated August 5, 2026 (ECF No. 70), which adopted the Findings and Recommendation (ECF No. 52) and granted Defendants' Motion for Summary Judgment (ECF No. 30). Fed. R. App. P. 3(c)(4), 3(c)(5)(B). Plaintiff does not limit this notice to any part of the Judgment or orders designated. Fed. R. App. P. 3(c)(6).

Plaintiff filed his Rule 59(e) motion on August 17, 2026, within twenty-eight days after entry of the Judgment. Under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv), the time to file this notice runs from the entry of the order disposing of that motion, ECF No. 77, on September 14, 2026. This notice is filed within thirty days of that entry. Fed. R. App. P. 4(a)(1)(A).

The parties to the Judgment and orders designated are Plaintiff-Appellant Cameron James Wilson and Defendants-Appellees City of Hood River, Emelike Delancy, Austin Griffin, and Ryan Jundt.

DATED: October 13, 2026

Respectfully submitted,

s/ Cameron James Wilson
Cameron James Wilson
Plaintiff-Appellant, pro se
1312 South 44th Avenue
Yakima, Washington 98908
503-496-9239 | cam@piitp.com

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I personally delivered the foregoing PLAINTIFF'S NOTICE OF APPEAL to the Clerk of the United States District Court for the District of Oregon for filing. On that same date, I served a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL upon counsel of record for Defendants by depositing it in the United States Mail, first-class postage prepaid, addressed as follows:

Kenneth S. Montoya, OSB #064467 (kenny@montoyalaw.org)
Keegan C. Murphy (keegan@montoyalaw.org)
Montoya Law
350 Mission St. SE, Suite 202
Salem, Oregon 97302
Attorneys for Defendants

s/ Cameron James Wilson
Cameron James Wilson
Plaintiff-Appellant, pro se

Cameron James Wilson
1312 South 44th Avenue
Yakima, Washington 98908
Telephone: 503-496-9239
Email: cam@piitp.com
Plaintiff-Appellant, pro se

FILED 13 OCT '26 09:54 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CAMERON JAMES WILSON,
Plaintiff-Appellant,

v.

CITY OF HOOD RIVER, a municipal corporation; OFFICER EMELIKE DELANCY, in his individual capacity; OFFICER AUSTIN GRIFFIN, in his individual capacity; and OFFICER RYAN JUNDT, in his individual capacity,

Defendants-Appellees.

Case No. 3:24-cv-02033-JR
Ninth Circuit No. Not yet assigned

APPELLANT'S CERTIFICATE AND STATEMENT THAT NO TRANSCRIPT WILL BE ORDERED

Fed. R. App. P. 10(b)(1)(B); Ninth Cir. R. 10-3.1(a)

Plaintiff-Appellant Cameron James Wilson, proceeding pro se, certifies under Federal Rule of Appellate Procedure 10(b)(1)(B) that no transcript will be ordered. Under Ninth Circuit Rule 10-3.1(a), he further states to Defendants-Appellees that he does not intend to order any transcript.

The rulings on appeal are the Judgment (ECF No. 71), the Order adopting the Findings and Recommendation and granting summary judgment (ECF No. 70), and the Order denying Plaintiff's

Rule 59(e) motion (ECF No. 77). The district court decided the summary-judgment motion and the Rule 59(e) motion on the written record. To Appellant's knowledge, no reported proceeding bears on the issues on appeal.

This certificate concerns only transcripts of district-court proceedings that a court reporter would prepare. It does not affect the deposition transcripts, declarations, exhibits, or conventionally filed audiovisual recordings already in the district-court record, including the media lodged at ECF Nos. 34, 38, and 41. Those materials remain part of the record on appeal under Federal Rule of Appellate Procedure 10(a). Appellant will separately seek their transmission as the Ninth Circuit Rules provide.

DATED: October 13, 2026

Respectfully submitted,

s/ Cameron James Wilson
Cameron James Wilson
Plaintiff-Appellant, pro se
1312 South 44th Avenue
Yakima, Washington 98908
503-496-9239 | cam@piitp.com