Filed on 10/13/2026

Cameron James Wilson
1312 South 44th Avenue
Yakima, Washington 98908
Telephone: 503-496-9239
Email: cam@piitp.com
Plaintiff-Appellant, pro se

FILED 13 OCT '26 09 5 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CAMERON JAMES WILSON,
Plaintiff-Appellant,

v.

CITY OF HOOD RIVER, a municipal corporation; OFFICER EMELIKE DELANCY, in his individual capacity; OFFICER AUSTIN GRIFFIN, in his individual capacity; and OFFICER RYAN JUNDT, in his individual capacity,

Defendants-Appellees.

Case No. 3:24-cv-02033-JR
Ninth Circuit No. Not yet assigned

APPELLANT'S CERTIFICATE AND STATEMENT THAT NO TRANSCRIPT WILL BE ORDERED

Fed. R. App. P. 10(b)(1)(B); Ninth Cir. R. 10-3.1(a)

Plaintiff-Appellant Cameron James Wilson, proceeding pro se, certifies under Federal Rule of Appellate Procedure 10(b)(1)(B) that no transcript will be ordered. Under Ninth Circuit Rule 10-3.1(a), he further states to Defendants-Appellees that he does not intend to order any transcript.

The rulings on appeal are the Judgment (ECF No. 71), the Order adopting the Findings and Recommendation and granting summary judgment (ECF No. 70), and the Order denying Plaintiff's

Rule 59(e) motion (ECF No. 77). The district court decided the summary-judgment motion and the Rule 59(e) motion on the written record. To Appellant's knowledge, no reported proceeding bears on the issues on appeal.

This certificate concerns only transcripts of district-court proceedings that a court reporter would prepare. It does not affect the deposition transcripts, declarations, exhibits, or conventionally filed audiovisual recordings already in the district-court record, including the media lodged at ECF Nos. 34, 38, and 41. Those materials remain part of the record on appeal under Federal Rule of Appellate Procedure 10(a). Appellant will separately seek their transmission as the Ninth Circuit Rules provide.

DATED: October 13, 2026

Respectfully submitted,

s/ Cameron James Wilson
Cameron James Wilson
Plaintiff-Appellant, pro se
1312 South 44th Avenue
Yakima, Washington 98908
503-496-9239 | cam@piitp.com